UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA MAHA MAQADDEM,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Respondents. | No.  2:23-cv-1931 AC P<br><br><br>ORDER |

Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and has paid the filing fee.

Petitioner is presently incarcerated at Century Regional Detention Facility in Los Angeles County pending charges in the Los Angeles County Superior Court. "[A] habeas petition filed pursuant to § 2241 must be heard in the custodial court." Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000).   In the instant case, petitioner is incarcerated in an area covered by the District Court for the Central District of California.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED:  September 13, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE